**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM CAMRON BOGAN, | Case No. 2:26-cv-00158-GMN-BNW |
| Petitioner, | **DISMISSAL ORDER** |
| v. | |
| JEREMY BEAN, | |
| Respondent. | |

Petitioner William Camron Bogan commenced this federal habeas action by filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1-1 ("Petition").) Following an initial review of the Petition, the Court instructed Bogan to show cause why the Petition should not be dismissed as untimely. (ECF No. 5.) Bogan filed his response to the Order to Show Cause. (ECF No. 6.)

Bogan filed an earlier federal habeas petition on July 1, 2025, in case number 2:25-cv-01177-ART-DJA. In that case, Judge Anne Traum denied Bogan's request to proceed *in forma pauperis* and ordered him to pay the $5 filing fee. Bogan failed to comply with this Order, and Judge Traum dismissed Bogan's petition without prejudice on November 20, 2025. In this Court's Order to Show Cause, it noted that Bogan's petition filed in case number 2:25-cv-01177-ART-DJA was likely timely and that Bogan was not precluded from filing a Motion to Reopen, a Motion for Reconsideration, and/or a Motion for Extension of Time to Pay his Filing Fee in that case.

In his response to the Order to Show Cause, Bogan explained that he meant for the Petition filed in this case to have been filed in case number 2:25-cv-01177-ART-DJA and that he has simultaneously moved to reopen case number 2:25-cv-01177-ART-DJA. Given this response, the

Court dismisses this action without prejudice given that (1) Bogan has indicated that he wishes to seek federal habeas relief in case number 2:25-cv-01177-ART-DJA, and (2) this case is duplicative of case number 2:25-cv-01177-ART-DJA.

It is therefore Ordered that the Motion for Counsel [ECF No. 7] is denied without prejudice.

It is further Ordered that the Petition [ECF No. 1-1] is dismissed without prejudice.

It is further Ordered that a Certificate of Appealability is denied.

It is further kindly Ordered that the Clerk of Court (1) add Nevada Attorney General Aaron D. Ford as counsel for Respondents,[1] (2) send the Nevada Attorney General a copy this Order and all other filings in this matter by regenerating the notices of electronic filing, (3) file the Petition [ECF No. 1-1], the Motion for Counsel [ECF No. 7], the IFP Motion [ECF No. 1], and the Financial Certificate [ECF No. 4] in case number 2:25-cv-01177-ART-DJA, (4) enter final judgment, and (5) close this case.

Dated:  March 3, 2026

_____
Gloria M. Navarro, Judge
United States District Court

---

[1] No response is required from Respondents other than to respond to any Orders of a reviewing Court.